Order issued December 3 , 2012

005150



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01380-CV

**RICARDO CHAVIRA, JR., M.D., ET AL., Appellants**

**V.**

**LEZONIA DARDEN, ET AL., Appellees**

## ORDER

We **GRANT** appellees' November 29, 2012 unopposed motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellees on November 29, 2012 filed as of the date of this order.

DOUGLAS S. LANG
JUSTICE